| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____  Chapter  __11__ |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **SPV MD Sale LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **93-3958353** |

| 4. | Debtor's address | **Principal place of business**<br><br>**c/o: Meridian Law, LLC**<br>**1212 Reisterstown Road**<br>**Pikesville, MD 21208**<br>Number, Street, City, State & ZIP Code<br><br>**Baltimore**<br>County | **Mailing address, if different from principal place of business**<br><br>**38 Willow Tree Road**<br>**Monsey, NY 10952**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**(eight properties located in Baltimore City)**<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Debtor **SPV MD Sale LLC**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **SPV MD Sale LLC**      Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor  **SPV MD Sale LLC**_____   Case number (*if known*)_____
          Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|---|---|---|---|
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **SPV MD Sale LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 21, 2025**
MM / DD / YYYY

**X** **/s/ Yisroel Cherns**                              **Yisroel Cherns**
Signature of authorized representative of debtor     Printed name

Title   **Owner**

**18. Signature of attorney**

**X** **/s/ Aryeh E. Stein**                              Date **October 21, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Aryeh E. Stein**
Printed name

**Meridian Law, LLC**
Firm name

**1212 Reisterstown Road**
**Baltimore, MD 21208**
Number, Street, City, State & ZIP Code

Contact phone   **443-326-6011**     Email address   **astein@meridianlawfirm.com**

Bar number and State

# CERTIFICATE OF RESOLUTIONS OF
# SPV MD SALE, LLC

I, Yisroel Cherns, the undersigned Member of SPV MD Sale, LLC, hereby certifies that on or before October 21, 2025, the following resolutions were adopted by the Board of Members (the "Board") of SPV MD Sale, LLC and recorded in the minute book of SPV MD Sale, LLC, and that they have not been amended, modified or rescinded and, accordingly, are in full force and effect.

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of SPV MD Sale, LLC, its creditors and other interested parties that a petition be filed by SPV MD Sale, LLC seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and it is

RESOLVED FURTHER, that the Member and any officers are authorized and empowered on behalf of, and in the name of, SPV MD Sale, LLC to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maryland at such time as the Member executing the same shall determine; and it is;

RESOLVED FURTHER, that the Member and any officers are authorized and empowered on behalf of, and in the name of, SPV MD Sale, LLC to execute and file all petitions, schedules, lists, and other papers and to take any and all action that the Member may deem necessary and proper in connection with SPV MD Sale, LLC's Chapter 11 case; and it is

RESOLVED FURTHER, that the law firm of Meridian Law, LLC be employed as attorneys for SPV MD Sale, LLC in its Chapter 11 case under a general retainer; and it is

RESOLVED FURTHER, that the Member and any officers are authorized and empowered on behalf of, and in the name of, SPV MD Sale, LLC to retain and employ other attorneys, investment bankers, accountants, consultants and other professionals to assist in SPV MD Sale, LLC's Chapter 11 case on such terms as such member deems necessary, proper and desirable; and it is

RESOLVED FURTHER, that the Member is, together with any employees or agents, including counsel, designated by or directed by such officer, authorized and empowered on behalf of, and in the name of, SPV MD Sale, LLC to enter into, execute, deliver, certify, file, record and perform such Chapter 11 petition, and to take such other actions, as in the judgment of such officer shall be or become necessary, proper and desirable to successfully complete SPV MD Sale, LLC's Chapter 11 case, to effectuate the restructuring of SPV MD Sale, LLC's debt, other obligations, organizational form and structure, and ownership of SPV MD Sale, LLC consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions,

and the transactions contemplated by these resolutions, their authority thereunto evidenced by the taking of such actions.

Dated:  October 21, 2025

                              SPV MD Sale, LLC

                 BY:    /s/ Yisroel Cherns
                           Yisroel Cherns, Member

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | * | |
| **SPV MD Sale, LLC** | * | Case No: _____ |
| | * | |
| Debtor. | | (Chapter 11) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**STATEMENT PURSUANT TO 11 U.S.C. §1116(1)(B)**

Pursuant to 11 U.S.C.§101(51D) & 11 U.S.C.§1116, I hereby declare under penalty of perjury that a balance sheet, statement of operations, and cash-flow statement were not filed with the Voluntary Petition as they have not been prepared. I further declare under penalty of perjury that SPV MD Sale, LLC has not filed a Federal tax return.

Dated: October 21, 2025                SPV MD Sale, LLC

                          BY:   /s/ Yisroel Cherns
                                Yisroel Cherns, Member

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | SPV MD Sale LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Paradyme<br>9209 S Pine Dr<br>Beulah, CO 81023 | | 1722 West Pratt, Balt. MD | | $157,500.00 | $10,000.00 | $147,500.00 |
| Paradyme<br>9209 S Pine Dr<br>Beulah, CO 81023 | | 314 South Calhoun, Balt, MD | | $124,500.00 | $59,500.00 | $65,000.00 |
| Paradyme<br>9209 S Pine Dr<br>Beulah, CO 81023 | | 1627 Montpelier, Balt., MD | | $112,500.00 | $93,400.00 | $19,100.00 |
| Shellpoint Mortgage Servicing<br>PO Box 650840<br>Dallas, TX 75265 | | 1402 McCulloh, Baltimore, MD | | $401,250.00 | $279,400.00 | $121,850.00 |

# United States Bankruptcy Court
## District of Maryland

In re: **SPV MD Sale LLC**, Debtor(s)

Case No.: 
Chapter: **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Yisroel Cherns<br>38 Willow Tree Road<br>Monsey, NY 10952 | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: **October 21, 2025**

Signature: **/s/ Yisroel Cherns**
**Yisroel Cherns**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Maryland**

In re  **SPV MD Sale LLC**                                     Case No.
                              Debtor(s)                         Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 21, 2025**          **/s/ Yisroel Cherns**
                                     **Yisroel Cherns**/**Owner**
                                     Signer/Title

Hunter Piel, Esquire
502 Washington Avenue
Suite 730
Towson, MD 21204


Paradyme
9209 S Pine Dr
Beulah, CO 81023


Shellpoint Mortgage Servicing
PO Box 650840
Dallas, TX 75265


We Lend
88-10 136th St
Richmond Hill, NY 11418

# United States Bankruptcy Court
## District of Maryland

In re **SPV MD Sale LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **SPV MD Sale LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 21, 2025**
Date

/s/ Aryeh E. Stein
**Aryeh E. Stein**
Signature of Attorney or Litigant
Counsel for **SPV MD Sale LLC**
**Meridian Law, LLC**
**1212 Reisterstown Road**
**Baltimore, MD 21208**
**443-326-6011 Fax:410-782-3199**
**astein@meridianlawfirm.com**